UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREAT NORTHERN INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>-v-<br><br>EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.,<br><br>　　　　　　　Defendant. | CIVIL ACTION NO.: 22 Civ. 8317 (ALC) (SLC)<br><br>**<u>ORDER</u>** |
| EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.,<br><br>　　　　　　　Third-Party Plaintiff,<br><br>-v-<br><br>OCEAN NETWORK EXPRESS PTE. LTD.,<br><br>　　　　　　　Third-Party Defendant. | |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic initial case management conference held today, December 27, 2022, the Court orders as follows:

1. By **Tuesday, January 24, 2023**, the parties shall file either (i) a joint letter advising the Court of the status of settlement (the "Letter"), or (ii) a stipulation of dismissal addressed to the attention of the Honorable Andrew L. Carter, Jr. (the "Stipulation").

2. The Court holds in abeyance the entry of a case management plan until the parties have filed either the Letter or the Stipulation.

Dated:     New York, New York
             December 27, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2